1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NICOLE JEAN ROGERS,                        No.  2:24-cv-01762-DC-JDP (PS)

12                  Plaintiff,

13          v.                                   ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
14   SHIRLEY WARD-RUST,                          THIS ACTION

15                  Defendant.                   (Doc. No. 7)

16

17          Plaintiff Nicole Jean Rogers is proceeding *pro se* and *in forma pauperis* in this civil

18   action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

19   § 636(b)(1)(B) and Local Rule 302.

20          On October 16, 2024, the assigned magistrate judge screened Plaintiff's operative one-

21   page first amended complaint and found that Plaintiff had still failed to sufficiently allege subject

22   matter jurisdiction and to state any cognizable claims, despite having received guidance from the

23   court regarding the deficiencies in her original complaint. (Doc. No. 7.) Consequently, also on

24   October 16, 2024, the magistrate judge issued findings and recommendations recommending that

25   this action be dismissed, without leave to amend, due to this court's lack of jurisdiction and

26   Plaintiff's failure to state a cognizable claim upon which relief may be granted. (*Id.*) Those

27   findings and recommendations were served on Plaintiff and contained notice that any objections

28   thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 3.) To date, no

                                               1

objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1.  The findings and recommendations issued on October 16, 2024 (Doc. No. 7) are adopted in full;

2.  This action is dismissed due to a lack of jurisdiction and Plaintiff's failure to state a cognizable claim for relief; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __**November 13, 2024**__

Dena Coggins
United States District Judge

---

[1] On October 23, 2024, Plaintiff filed an unauthorized purported "second amended complaint," consisting of a single page with a few unintelligible and fanciful allegations, which concluded with an assertion that Defendant's "affiliate Donald John Trump ended up buying [Plaintiff's] property for themselves." (Doc. No. 8.) Even if the court were to consider Plaintiff's unauthorized filing, the allegations therein continue to suffer from the same deficiencies identified in the findings and recommendations.